JC

[If you need additional space for ANY section, please attach an additional sheet]

RECEIVED
JAN 26 2026 AXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mr. Michael Whitted Sr.
Plaintiff

v.

U.S. Army (Government)
Defendant

United States District Court
Northern District of Illinois

1:26-cv-0860
Judge Jorge L. Alonso
Magistrate Judge Maria Valdez
Random / Cat. 3

# COMPLAINT

My complaint is that the United States Army do know how to retire me, Michael Whitted from the United States Army. I enlisted in the Army 29-Aug. 1968. My retirement date was to be Aug. 1989. During my retirement out processing the commanding officer of the unit I was with in Germany found a positive drug test and stated it was mine.

I was busted down from an E-7 Sergent first call to a private E-1. Then he finished my out processing and put me, my wife and 6 children out of the military. Aug 6, 2019 I was proven NOT guilty of all charges of wrong information placed into my official military record. Paper work that was in my file stated I did not come into the Army until 1977. A new investigation was made made and stated that I was an ecellent service member. I want my retirement done and my back pay of E-7 plus the intrest.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



DEPARTMENT OF VETERANS AFFAIRS

June 12, 2025

Michael Whitted
15041 Evers St
Dolton, IL 60419

In Reply Refer to:
26-420-680
27/eBenefits

Dear Mr. Whitted:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: 26-420-680

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Army | Honorable | August 29, 1968 | September 05, 1983 |
| Army | Honorable | September 06, 1983 | September 20, 1989 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| You have one or more service-connected disabilities: | Yes |
| Your combined service-connected evaluation is: | 100% |
| You are receiving non-service connected pension: | Yes |
| Your current monthly award amount is: | $3967.36 |
| The effective date of the last change to your current award was: | December 01, 2024 |
| You are considered to be totally and permanently disabled due solely to your service-connected disabilities: | No |



**DEPARTMENT OF VETERANS AFFAIRS**
**Veteran Benefits Administration**
**Regional Office**

**Michael Whitted**

**VA File Number**
**26 420 680**

**Represented By:**
**AMERICAN LEGION**
**Rating Decision**
**08/24/2022**

### INTRODUCTION

The records reflect that you are a Veteran of the Peacetime and Vietnam Era. You served in the Army from August 29, 1968 to September 5, 1983 and from September 6, 1983 to September 20, 1989. You filed a claim for increased evaluation that was received on November 1, 2021. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

### DECISION

1. Evaluation of residuals of prostate cancer, which is currently 60 percent disabling, is increased to 100 percent effective October 26, 2021.

2. Evaluation of erectile dysfunction, which is currently 0 percent disabling, is continued.

3. Evaluation of post traumatic stress disorder, which is currently 50 percent disabling, is continued.

4. Evaluation of atrial fibrillation, which is currently 10 percent disabling, is continued.

| | |
|---|---|
| You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities: | Yes |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

- Ask a question on the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREA RENDER FORM VOI |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) WHITTED, MICHAEL SR | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER 350 42 6553 |
|---|---|---|
| 4a. GRADE, RATE OR RANK PV1 | b. PAY GRADE E01 | 5. DATE OF BIRTH (YYYYMMDD) 19500720 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY CHICAGO, IL | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) NA |
|---|---|
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND PCF TRADOC-TC | b. STATION WHERE SEPARATED FORT KNOX, KY 40121 |
| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE [ ] NONE AMOUNT: $50,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 35H1O, TMDE MAINT SPT SP- 9 YRS 0 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 1977 | 01 | 10 |
| | b. SEPARATION DATE THIS PERIOD | 1989 | 09 | 20 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0012 | 08 | 11 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0008 | 04 | 11 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0005 | 06 | 08 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 1988 | 12 | 07 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY SERVICE RIBBON//VIETNAM SERVICE MEDAL //REPUBLIC OF VIETNAM CAMPAIGN MEDAL WITH DEVICE (1960)//OVERSEAS SERVICE RIBBON WITH NUMERAL 3//ARMY COMMENDATION MEDAL//ARMY GOOD CONDUCT MEDAL (6TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL//REPUBLIC OF VIETNAM GALLANTRY CROSS WITH PALM//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and months and year completed) TEST MEASUREMENT AND DIAGNOSTIC EQUIPMENT MAINTENANCE SPECIALIST COURSE, 12 WEEKS, 1980//ARCC CRS, 4 WEEKS, 1977//COMM EL NCO ADVANCED COURSE, 14 WEEKS, 1982//NOTHING FOLLOWS |
|---|---|

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | X |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS //////////////////////////////////////////////////////////
EXTENSION OF SERVICE WAS AT THE REQUEST AND FOR THE CONVENIENCE OF THE GOVERNMENT//EXCESS LEAVE (CREDITABLE FOR ALL PURPOSES EXCEPT PAY AND ALLOWANCES)--279 DAYS: 19881216-19890920//IMMEDIATE REENLISTMENTS THIS PERIOD -- 19770110-19791206, 19791207-19830818//BLOCK 1: OTHER NAME(S) OF RECORD: WHITTED, MICHAEL//CONTINUOUS HONORABLE ACTIVE SERVICE: 19770110-19830818//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//SERVICE CHARACTERIZATION UPGRADED PER ABCMR PROCEEDINGS AR20190004924 ON 20190805 FOLLOWING APPLICATION DATED 20190311//CONT FROM//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 310 W 150TH PLACE HARVEY, IL 60426 | b. NEAREST RELATIVE (Name and address - Include ZIP Code) NA |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) IL | OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21.a. MEMBER SIGNATURE NOT AVAILABLE TO SIGN | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) SIGNED BY: FOSKEY.YVONNE.J.1018444360 YVONNE J FOSKEY, GS12, HR SPECIALIST | b. DATE (YYYYMMDD) 20191202 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) UNDER HONORABLE CONDITIONS (GENERAL) |
|---|---|
| 25. SEPARATION AUTHORITY AR 635-200, SEC IV CHAP 3 | 26. SEPARATION CODE JJD | 27. REENTRY CODE 3C, 3 |
| 28. NARRATIVE REASON FOR SEPARATION AS A RESULT OF A COURT MARTIAL, OTHER | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) | |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE GENERATED BY ARBA | SERVICE - 2 |
|---|---|---|

#145

0210418 150

DEPARTMENT OF THE ARMY
378TH PERSONNEL SERVICE COMPANY
APO NEW YORK 09757

PERMANENT ORDERS 134-15                                          30 AUGUST 1983

1. WHITTED MICHAEL 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 SFC 521ST MAINT CO (W38VAA) APO 09957

ANNOUNCEMENT IS MADE OF THE FOLLOWING AWARD.

AWARD: GOOD CONDUCT MEDAL: (CLASP 5TH AWARD)
DATE(S) OR PERIOD OF SERVICE: 29 AUGUST 1980 THRU 28 AUGUST 1983
AUTHORITY: PARAGRAPH 3-2, CHAPTER 3, AR 672-5-1
REASON: FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY DURING THE PERIOD INDICATED
FORMAT: 320

2. BACOTE VELMA R ████████ SCNT TECH TEAM EUR (W2ZJAAA) APO 09710

ANNOUNCEMENT IS MADE OF THE FOLLOWING AWARD.

AWARD: GOOD CONDUCT MEDAL: 3RD AWARD
DATE(S) OR PERIOD OF SERVICE: 29 MAY 1980 THRU 28 MAY 1983
AUTHORITY: PARAGRAPH 3-2, CHAPTER 3, AR 672-5-1
REASON: FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY DURING THE PERIOD INDICATED
FORMAT: 320

3. MULLINS GARRY W. ████████ 6 HHD 21ST REPL BN (WA5HAA) APO 09757

ANNOUNCEMENT IS MADE OF THE FOLLOWING AWARD.

AWARD: GOOD CONDUCT MEDAL: 4TH AWARD
DATE(S) OR PERIOD OF SERVICE: 22 MARCH 1980 THRU 21 MARCH 1983
AUTHORITY: PARAGRAPH 3-2, CHAPTER 3, AR 672-5-1
REASON: FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY DURING THE PERIOD INDICATED
FORMAT: 320

FOR THE PERSONNEL OFFICER:

                                            ROBERT P. WOODS
                                            CPT, AGC
                                            ASSISTANT PERSONNEL OFFICER

DISTRIBUTION:
EACH INDIV (5)
AETV-PAF-A (3)
MPRJ (1)
REFERENCE (1)
CDR, USA ENL RCDS EVAL CEN ATTN:
  PCRE-ER-S FT BEN HARRISON IN
  46249 (3)
RECORD SET (1)
CDR, HHD 21ST REPL BN APO 09757 (3)
CDR, 521ST MAINT CO APO 09957 (3)
CDR, SCNT-TECH TEAM EUR APO 09710 (3)

INQUIRES CONCERNING THESE ORDERS WILL BE DIRECTED TO COMMANDER 378TH PERSONNEL SERVICE COMPANY FRANKFURT APO NY 09757 FM (2311) 6607/7366, A SUBORDINATE ORGANIZATION OF THE 22D PERSONNEL AND ADMINISTRATION BATTALION AETV-PAZ-A.



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO  STAFF SERGEANT MICHAEL WHITFIED, UNITED STATES ARMY

FOR distinguishing himself by meritorious achievement during the period October 1978 through September 1979 while assigned as a field recruiter in the Harvey, Illinois Army Recruiting Station. Through his meticulous attention to detail, great technical expertise, outstanding recruiting skills, and unswerving dedication to mission accomplishment, he enlisted twenty females into the United States Army during fiscal year 1979, a year when all Army recruiting agencies were having difficulty attracting the volume of female enlistments required. The best measure of his accomplishment is the fact that his female enlistments represented 4.5 percent of the entire command's female objective while he represents only 0.4 percent of the recruiting force.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    7th    DAY OF    December    1979



M. R. THURMAN
Major General, USA
Commanding

SECRETARY OF THE ARMY